**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| SUSAN WHITAKER-PINE, Individually, and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br><br>BOARD OF TRUSTEES OF THE FLAVIUS J. WITHAM MEMORIAL HOSPITAL,<br><br>Defendant. | Civil Action No.: 23-cv-1080-TWP-MJD<br><br>**JOINT MOTION TO STAY PROCEEDINGS PENDING RULING ON MOTION TO REMAND TO STATE COURT AND MEMORANDUM OF LAW IN SUPPORT** |

Plaintiff, Susan Whitaker-Pine, and Defendant, Board of Trustees of the Flavius J. Witham Memorial Hospital, (collectively, the "Parties") respectfully request this Court stay proceedings pending a ruling on Plaintiff's forthcoming Motion to Remand to State Court. In support of this motion, the Parties state:

1. On May 18, 2023, Plaintiff filed this action in state court. Defendant was served on May 22, 2023.

2. On June 21, 2023, Defendant removed this action to this Court. ECF No. 1.

3. By July 21, 2023, Plaintiff will file a motion to remand this action to state court.

4. Accordingly, the parties agree that – in the interest of judicial economy – any responsive pleading or motion practice in response to Plaintiff's Class Action Complaint should be deferred until Plaintiff's anticipated motion to remand is fully and finally resolved.

5. A temporary stay of this case will minimize procedural confusion and conserve resources, while the Court considers the motion to remand.

6. The Parties conferred on June 22, 2023 and agreed to the relief sought in this

motion.

WHEREFORE, the Parties respectfully request entry of an Order to stay proceedings pending a ruling on the Motion to Remand to State Court and to extend Defendant's current deadline to answer or file a motion to dismiss until thirty (30) days after the final resolution, including any appeal, of any motion to remand

Dated: June 26, 2023

Respectfully submitted and agreed to by:

*/s/ Lynn A. Toops (with permission)*
Lynn A. Toops
Amina A. Thomas
COHEN AND MALAD LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
ltoops@cohenandmalad.com
athomas@cohenandmalad.com

J. Gerard Stranch, IV (*Pro Hac Vice* forthcoming)
Andrew E. Mize (*Pro Hac Vice* forthcoming)
STRANCH, JENNINGS & GARVEY, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
(615) 255-5419 (facsimile)
gstranch@stranchlaw.com
amize@stranchlaw.com

Samuel J. Strauss (*Pro Hac Vice* forthcoming)
Raina Borelli (*Pro Hac Vice* forthcoming)
TURKE & STRAUSS, LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703
(608) 237-1775
(608) 509-4423 (facsimile)
sam@turkestrauss.com
raina@turkestrauss.com

***Counsel for Plaintiff and the Proposed Class***

*/s/ Philip R. Zimmerly*
Tyler Moorhead (34705-73)
Philip R. Zimmerly (30217-06)
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000
(317) 684-5173 (Fax)
TMoorhead@boselaw.com
PZimmerly@boselaw.com

BAKER & HOSTETLER LLP
Paul G. Karlsgodt (Admitted)
Michelle R. Gomez (*Pro Hac Vice* to be filed)
1801 California Street, Ste. 4400
Denver, CO 80202
Tel: (303) 861-0600
Fax: (303) 861-7805
MGomez@bakerlaw.com
PKarlsgodt@bakerlaw.com

***Counsel for Defendant Board of Trustees of Flavius J. Witham Memorial Hospital***

**CERTIFICATE OF SERVICE**

I certify that the foregoing has been served upon all counsel of record by electronic mail, electronic filing and/or by depositing a copy thereof in the United States mail, properly addressed and postage-prepaid, this the 26th day of June, 2023.

*/s/ Philip R. Zimmerly*
Philip R. Zimmerly