# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

March 8, 2024

**To:**   Roger A. G. Sharpe
          District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

---

Appellate Case No: 24-1354

Caption:
SUSAN WHITAKER-PINE,
           Plaintiff - Appellee

v.

BOARD OF TRUSTEES OF THE FLAVIUS J. WITHAM MEMORIAL HOSPITAL,
           Defendant - Appellant

District Court No: 1:23-cv-01080-TWP-MJD
Clerk/Agency Rep Roger A. G. Sharpe
District Judge Tanya Walton Pratt

Date NOA filed in District Court: 03/06/2024

---

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)